**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DENARD STEWART | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00201 SWW |
| CROWNE PLAZA HOTEL AND RESORTS | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 21st DAY OF APRIL, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE